UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BRATTON,<br><br>          Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>          Respondent. | CASE NO. CV 13-7753-MWF (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Petition With Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

    DATED:    October 29, 2013.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV13-7753-PJW.Judgment.wpd